UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB - 9 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CRAIG E. RUMBLE, :
:
    Plaintiff, :
v. : Civil Action No. **12 0222**
:
CAROL P. JOHNSON, :
:
    Defendant. :

## MEMORANDUM OPINION

Plaintiff, a New Jersey resident, purports to bring a breach of contract action against his mother, also a New Jersey resident, arising from defendant's failure to produce authentic documents with which plaintiff could obtain a United States passport. He demands "that the Defendant be held accountable for her action to the fullest extent under the law," plus damages of $3 million. Compl. at 5.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). This complaint neither states a federal claim nor establishes diversity of citizenship of the parties. Accordingly, the Court will dismiss this action for lack of subject matter jurisdiction.

An Order accompanies this Memorandum Opinion.

                                      /s/
                                 United States District Judge

DATE: